IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SAEED MOHAMMADI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-221 |
| ) | |
| EMC MORTGAGE CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER comes before the Court on Plaintiffs Saeed Mohammadi's and Fatemeh Assangari's Motion to Remand and on Defendant US Bank, Trustee, Bear Stearns Asset Backed Certificate Series I, LLC 2006-AC2's ("US Bank") Motion Dismiss the Complaint and Defendant Equity Trustees, LLC's ("Equity") Motion to Dismiss Complaint. There being no federal question in this action, and it appearing from the face of the Complaint that Plaintiffs and Defendants are not completely diverse, the Court finds that it lacks subject matter jurisdiction to proceed with this case. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion to Remand is GRANTED, and this case is remanded to the Circuit Court of Loudoun County, Virginia.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
March 26, 2012